UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 24-cr-504 |
| | : | |
| RANDALL MECK, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Randall Meck, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty.

**I.   The Penalties**

A violation of 18 U.S.C. § 2252(a)(2) carries a mandatory minimum sentence of five (5) years of imprisonment and a maximum sentence of 20 years' imprisonment; a fine of not more than $250,000, pursuant to 18 U.S.C. § 3571(b)(3), or both; a term of supervised release of not less than five years and up to life, pursuant to 18 U.S.C. § 3583(k); mandatory restitution under 18 U.S.C. § 3663A and 18 U.S.C. § 2259; and an obligation to pay any applicable interest or penalties on fines and restitution not timely made.

**II.   The Elements of the Offense**

To prove that the defendant is guilty of Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), (b)(1), the government must prove beyond a reasonable doubt that:

    (1) The defendant knowingly distributed a visual depiction using any means or facility of interstate commerce;

1

(2) The production of such visual depiction involved the use of a minor engaging in sexually explicit conduct;

(3) Such visual depiction was of a minor engaging in sexually explicit conduct; and

(4) The defendant knew that such visual depiction was of sexually explicit conduct and that at least one of the persons engaged in sexually explicit conduct in such visual depiction was a minor.

## III. Factual Proffer

In September 2024, law enforcement obtained Facebook messages between MECK and another individual, TARGET 1, in connection with a sex tourism investigation. In the messages, MECK and TARGET 1 discussed the sexual abuse of a boy, hereinafter "MINOR VICTIM 1" by both MECK and TARGET 1. For example, messages dated February 11, 2021, between MECK and TARGET 1 were found that read in part:

> MECK: Got any connections in Singapore for some of our favorite fun?
> TARGET 1: Only in the Philippines [*Emojis omitted*]
> MECK: Damn. Guess I'll have to visit.
> TARGET 1: Would be hot to do it together there.
> MECK: Agreed.

Later messages referred to a different individual, hereinafter "TARGET 2." For example, messages dated October 26, 2022, and March 9, 2023, from MECK to TARGET 1 were found that read, "I'm meeting TARGET 2 in Manila this weekend" and "Going to Manila this weekend," respectively. Manila is the capital of the Philippines.

Messages dated July 2023, between MECK and TARGET 1 were identified in which they appear to discuss travel and TARGET 2. This chat read in part:

> MECK: Can you ask TARGET 2 to message me on WhatsApp? [*Number redacted*]
> TARGET 1: I sent it to him. Last time I talked to him he had to reinstall the app.
> MECK: Perfect. Thanks.
> TARGET 1: You unsent a message.
> TARGET 1: Save that. Am deleting afterwards.
> MECK: This is TARGET 2?

2

> MECK: Perfect. Thank you.
> MECK: I messaged him.
> TARGET 1: Cool. I told him. He was online a bit ago. You going there again?
> MECK: Probably in sept.
> MECK: He never responded to my WhatsApp.
> TARGET 1: He has different phones he uses.
> MECK: Yes I figured.
> TARGET 1: I pinged him

Additional messages were located dated November 24, 2023, in which MECK and TARGET 1 discuss pictures and apparent sexual acts with MINOR VICTIM 1. These messages read in part:

> MECK: [Sent a photo that depicted a white adult male with an Asian minor male who, based on his slight stature and youthful appearance, appears to be between 13-16 years of age. The minor male is not wearing a shirt and is holding his arms around the adult male. This boy appears to be the same boy described above as MINOR VICTIM 1.
> MECK: Happy Thanksgiving.
> TARGET 1: Oh my. I'm jealous. I had him a few years ago 😊
> TARGET 1: MINOR VICTIM 1.
> MECK: Yup.
> MECK: How old do you think he really is?
> MECK: He shot a huge load all the way up his chest. Hit his chin.
> TARGET 1: Daaaaaamn.
> TARGET 1: Nice.
> TARGET 1: Who brought him to you.
> MECK: [Name Redacted] and [Name Redacted]. [Name Redacted] also joined us. Tomorrow is [Name Redacted].
> TARGET 1: Send me more pics when you can 😊 looks fun.

Customs and Border Patrol (CBP) records show that MECK visited the Philippines on four occasions, including: (1) June 12, 2022, through June 16, 2022;[1] (2) October 27, 2022, through October 30, 2022; (3) March 10, 2023, through March 12, 2023; and (4) November 23, 2023, through November 26, 2023. Additionally, Paypal records associated with MECK indicate that

---

[1] Based on currently available evidence, Meck's travel to the Philippines in June of 2022 does not appear to relate to the conduct at issue in the Statement of Offense.

3

MECK made multiple payments to various individuals in the currency of Philippine Pesos during each of the date ranges that the CBP records indicated that he traveled to that country.

On September 26, 2024, a member of the Washington D.C. Child Exploitation and Human Trafficking (CEHT) Task Force working in an undercover capacity ("UC") contacted MECK via an online application. The chats took place between approximately September 26, 2024, and December 17, 2024, and include the following excerpts:

**September 26, 2024**

> UC: Hey got your contact from a user in a perv sharing room. I asked the group if anyone had contacts or experiences with discreet fun in the Philippines. I am a 38 year old bi perv dad but more on the gay side. I have some experience but looking for a "full experience" let me know if you can guide me in the right direction. Thanks!
>
> MECK: Send some vids to prove you're real.

**September 27, 2024**

> UC: [Sends three images][2]
> UC: I'm am real not a collector and looking for a full experience, this is my 6 yo daughter. Like I said I can only do limited things with her in fear she will tell, but I am really wanting a full boy experience.
> UC: These are the same panties that I blew a load in when she wasn't here. As you can see she is wearing those same panties.
> UC: I hope you're real too, trust is everything. Can you show me your real too?
> MECK: [Sends the UC a video over five minutes in length. The video is a compilation video that depicts numerous prepubescent boys being sexually abused by adult men. The abuse includes at least one adult man inserting his penis in the anus of a prepubescent boy. The video also depicts an image of a toddler being sexually abused as the toddler's anus is penetrated by an adult penis]
> UC: Mmmmm thanks
> UC: I am dying to fuck a lil one, I have not had real contact since she was 10 months to 3.
> UC: Now I have to be careful and do stuff when she sleeps, but I am more into boys and looking to travel to make a connection
> UC: You have a son?
> MECK: No kids for me. Probably a good thing. Haha

---

[2] The images do not depict a real child, nor do they contain child sexual abuse material.

**September 28, 2024**

UC: lol, constant temptation for sure
MECK: Definitely
MECK: I'd be sucking his tiny dick all the time
UC: Mmmmm fuck yeah, I want to suck on a lil cock so bad!!
MECK: And bury my tongue into his dirty little asshole

**September 29, 2024**

UC: Oh yes spread it open wide!
MECK: Hell yes
UC: Damn I can't wait to eat some lil boy hole.
MECK: Me too
MECK: I need to go back to manila soon.
MECK: Or Penang and meet your boy
UC: Mmm
UC: I would love to go
UC: Would love a contact, I would assume maybe taxi drivers will tell u but I want to make sure it's a sure thing and not get got up
UC: What ages have u had there been?
UC: *there
MECK: 12-16
UC: Nice!
UC: Would love a 12 yo or younger, be so hot tonight play with some tiny cock and tight balls
MECK: The guy in Manila finds cute boys for sure
UC: Mmmm how is the cost pretty cheap?
UC: Can I do full penetration with the 12 yo or do the limit what you can do?
MECK: I've always had them fuck me just in case. Sucking rimming kissing and fucking.
MECK: It's relatively cheap.
UC: Mmmm
UC: Sweet, I am seriously looking to go, would love his contact. I just want to do it safely and not worry to death lol
MECK: Yeah I will reach out to him and get his thoughts on it.
UC: I really appreciate it, I bet they are cute as fuck
MECK: Yes they are
UC: Any rules? How is the privacy? Do you go to there place or do they bring them to you?
MECK: Normally go to a hotel
UC: Ok cool
MECK: The handler is in the room to make sure everything is good.
UC: Is Manila the best place you been
UC: Ah ok
MECK: Yes. Or siem reap.
UC: Can they get single digit age? I would want like 8-12

5

> MECK: I'll ask him
> UC: Ok thanks man!
> UC: Be hot one day tag team or have group sex with lil ones with another perv lol. That's a pedo dream haha
> MECK: Yes that would be amazing
> UC: Maybe one day!
> UC: How are they with taking pics or vids?
> MECK: Not sure. I've taken a few and didn't have a problem. I later deleted them all.
> UC: I would just be worried having them in my phone coming back to the US.
> UC: U in the US too?
> MECK: No. I live in Asia now

The chats between MECK and the UC continued until approximately December 17, 2024, with MECK eventually providing the UC with the contact information for his contact in the Philippines who could provide children to the UC. That individual later provided the UC with a preview of children whom he claimed were available for sex if the UC should ever come to the Philippines. MECK also provided the UC with travel tips, including for transportation and hotel recommendations, and made efforts to coordinate a trip to the Philippines for the purpose of sex with minors for the same dates on which the UC would be traveling.

On December 21, 2024, MECK was arrested upon his arrival in the United States after landing at Dulles International Airport on a flight from Zurich, Switzerland. Following his arrest, he waived his *Miranda* rights and agreed to speak with law enforcement. During that interview, MECK confirmed that he had traveled to the Philippines on three occasions between 2021 and 2024 for the purpose of engaging in illicit sexual activity with minors. Additionally, upon his arrival in the United States law enforcement seized an iPhone 13 Pro Max that Meck had transported in foreign commerce which contained approximately 180 videos and 560 still images depicting the sexual abuse of children.

Respectfully submitted,

EDWARD MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 481866

/s/ Jocelyn Bond
Jocelyn P. Bond
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I have read every word of this Statement of the Offense and reviewed it with my attorney. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crimes charged.

Further, I have discussed with my attorney Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I knowingly and voluntarily waive the rights that arise under these rules in the event that I withdraw my guilty plea, withdraw from my Plea Agreement **after signing it**, or breach my Plea Agreement. I understand that, in such instances, the Government will be free to use against me, directly and indirectly, in any criminal or civil proceeding, any statements I have provided pursuant to the Plea Agreement, **after it is signed**, or after entry of the Plea Agreement, including any statements I made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 03/21/2025

Randall Meck
The Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and reviewed it fully with my client. I concur in my client's desire to agree to this Statement of the Offense as true and accurate.

Further I have discussed with our client Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. I have discussed with my client that, **by signing the Plea Agreement**, my client waives the rights that arise under these rules in the event my client withdraws his guilty plea, withdraws from the Plea Agreement **after signing it**, or breaches the Plea Agreement.

Date: 3/21/2025

Diane Shrewsbury
Attorney for the Defendant